UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN HARTER,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MEGAN J. BRENNAN, Postmaster General,<br><br>　　　　　　　Defendants. | No.　2:16-CV-00438-SMJ<br><br>**ORDER DISMISSING COUNT 3** |

On December 22, 2017, the parties filed a Stipulation to Dismiss Count 3 (Plaintiff's prohibited practices claim), ECF No. 39.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.**　The parties' Stipulation to Dismiss Count 3, **ECF No. 39**, is **GRANTED.**

**2.**　Count 3 of Plaintiff's First Amended Complaint, **ECF No. 19 at 11, ¶ 4.3**, is **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.**　Defendant's pending Motion for Partial Summary Judgment on Prohibited Practices Claim, **ECF No. 36**, is **DENIED AS MOOT.**

ORDER DISMISSING
PROHIBITED PRACTICES CLAIM **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of December 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING
PROHIBITED PRACTICES CLAIM **-** 2