FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN HARTER,<br><br>               Plaintiff,<br><br>     v.<br><br>MEGAN J. BRENNAN, Postmaster General,<br><br>               Defendant. | No. 2:16-CV-00438-SMJ<br><br>**STIPULATED PROTECTIVE ORDER** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Protective Order, **ECF No. 49**. Having reviewed the pleadings and the file in this matter, the Court is fully informed and finds good cause exists to **GRANT** the parties' stipulated motion. Accordingly, pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' proposed Protective Order, ECF No. 49-1, is approved and incorporated in this Order by reference.

//

//

//

//

STIPULATED
PROTECTIVE ORDER - 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 27th day of February 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

STIPULATED
PROTECTIVE ORDER **-** 2